IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FAULKNER and KAREN N. | ) | ORDER |
| FAULKNER-KING, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on defendant Robert Faulkner's motion to continue trial date (Filing No. 42).  The Court notes co-defendant Karen Faulkner-King has no objection, nor does plaintiff have an objection to such a continuance. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, February 11, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between November 26, 2012, and February 11, 2013, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial
Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court